IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) Cr. No. 16-20242 |
|  | ) |
|  | ) 21 U.S.C. § 846 |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| KEVIN THOMAS, | ) |
|  | ) |
| Defendant. | ) |

## MOTION TO SEAL INDICTMENT

Comes now the United States of America, by and through Edward L. Stanton, III, United States Attorney, and Kevin P. Whitmore, Assistant United States Attorney for the Western District of Tennessee, and for good cause shown, moves this Honorable Court to seal the Indictment of the Defendants in the instant case. Said Indictment to automatically unseal at the Defendant's Initial Appearance.

Respectfully submitted,

EDWARD L. STANTON, III
UNITED STATES ATTORNEY

By: *s/Kevin P. Whitmore*
Kevin P. Whitmore
Assistant United States Attorney
167 N. Main, Room 800
Memphis, Tennessee 38103

1