IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 16-20242-JTF |
| ) | |
| Plaintiff, ) | 21 U.S.C. § 846 |
| ) | |
| v. ) | |
| ) | |
| KEVIN THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION TO SEAL INDICTMENT

Upon motion of the United States of America, it is hereby ordered that the Indictment of the defendant in the instant case is hereby sealed, and will automatically unseal at the defendant's initial appearance.

s/ Charmiane G. Claxton
UNITED STATES MAGISTRATE JUDGE